UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MISSION CAPITAL WORKS, INC., | Case No. 2:13-CV-80 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SC RESTAURANTS, INC., et al., | |
| Defendant(s). | |

Presently before the court is *Mission Capital Works, Inc. v. SC Restaurants, Inc. et al*, case number 2:13-cv-00080-JCM-NJK. On August 26, 2009, plaintiff filed a certification of judgment for registration in another district, case number 2:09-ms-00076-NA. (Doc. #1). The present case was opened on January 15, 2013, when plaintiff moved to substitute its attorney in order to enforce the judgment against defendants. (Docs. #2,5). On February 22, 2013, Magistrate Judge Koppe granted plaintiff's motion. (Doc. #6). There has been no activity in the close to three years since that decision. District courts have the inherent power to control their dockets. *See, e.g.*, *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986). Because there are no other matters to resolve, the court orders the clerk's office to close this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Mission Capital Works, Inc. v. SC Restaurants, Inc. et al*, case number 2:13-cv-00080-JCM-NJK, be, and the same hereby is, closed.

DATED January 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**